Edmond Nassirzadeh, Esq.    SBN 201833
**NASS LAW FIRM**
9454 Wilshire Blvd., Suite 700
Beverly Hills, California 90212
Tel: 310-858-7755
Fax: (310) 858-2255
ed@nasslawfirm.com

Attorney for Debtor and Defendant,
PETER PEDROM ETESAMNIA

FILED & ENTERED

MAR 10 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver      DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re )<br><br>PETER PEDROM ETESAMNIA, )<br><br>        Debtor )<br>_____ )<br>KOUROSH MALEKAN, )<br><br>        Plaintiff, )<br><br>     vs. )<br><br>PETER PEDROM ETESAMNIA )<br><br>        Defendant. )<br>_____ ) | Bankruptcy Case No.:  2:12-bk-43661-TD<br><br>Adversary Case No.:  2:13-ap-01695-TD<br><br>**ORDER DENYING MOTION TO DISMISS**<br><br>Hearing Date:<br>Date:   September 19, 2013<br>Time:  11:00 a.m.<br>Courtroom:  1345<br>255 E. Temple Street<br>Los Angeles,  California 90012 |

/ / /

/ / /

1

**ORDER DENYING MOTION TO DISMISS**

1    The Court having considered Defendant's Motion to Dismiss Adversary Complaint,

2   orders as follows.

3    IT IS HEREBY ORDERED:

4    1.    Defendant's Motion to Dismiss Adversary Complaint  is DENIED;

5    ###

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   Date: March 10, 2014

Thomas B. Donovan
United States Bankruptcy Judge

25

26

27

28

**ORDER DENYING MOTION TO DISMISS**