1  Edmond Nassirzadeh, Esq.    SBN 201833
**NASS LAW FIRM**
2  9454 Wilshire Blvd., Suite 700
3  Beverly Hills, California 90212
   Tel: 310-858-7755
4  Fax: (310) 858-2255
5  ed@nasslawfirm.com

6
   Attorney for Debtor and Defendant,
7  PETER PEDROM ETESAMNIA

**FILED & ENTERED**

**JUL 31 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PETER PEDROM ETESAMNIA,<br><br>　　　Debtor<br>_____<br>KOUROSH MALEKAN,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>PETER PEDROM ETESAMNIA<br><br>　　　Defendant. | Bankruptcy Case No.: 2:12-bk-43661-TD<br><br>Adversary Case No.: 2:13-ap-01695-TD<br><br>**ORDER DISMISSING FIRST AMENDED COMPLAINT SUA SPONTE WITH LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br><u>Hearing Date:</u><br>Date:　July 24, 2014<br>Time:　11:00 a.m.<br>Courtroom:　1345<br>255 E. Temple Street<br>Los Angeles, California 90012 |

///

///

1

**ORDER DISMISSING FIRST AMENDED COMPLAINT SUE SPONTE WITH LEAVE TO FILE A SECOND AMENDED COMPLAINT**

The Court having considered and reviewed Plaintiff's First Amended Complaint, and for the reasons stated on the record at the hearing, orders as follows.

IT IS HEREBY ORDERED:

1.  Plaintiff's First Amended Adversary Complaint is DISMISSED Sua Sponte, with leave for Plaintiff to file a Second Amended Adversary Complaint on or before September 12, 2014.

###

Date: July 31, 2014

Thomas B. Donovan
United States Bankruptcy Judge

**ORDER DISMISSING FIRST AMENDED COMPLAINT SUE SPONTE WITH LEAVE TO FILE A SECOND AMENDED COMPLAINT**